# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | 9711915 | J Battles / G Snyder | 73 / 2509 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☒State Code |
|---|---|
| 08/16/2022 2:15 | 18 USC 13 MCA 45-5-211(1)(b) |

**Place of Offense:** Many Glacier Hotel Parking Lot

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Carry or Confine in a Cruel manner

### DEFENDANT INFORMATION

| Last Name | First Name |
|---|---|
| Clark | Johnathan |

Street Address: [redacted]

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| DLH287 | MT | | Jeep Liberty | | Blue |

**A ☐ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov
$ 530 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____ Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: _____

Original - CVB Copy

*9711915*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 16**, 20**22** while exercising my duties as a law enforcement officer in the **Federal** District of **Montana**

See Attached

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **08/16/2022** _____ Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident